# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :    No. 217 MAL 2020

     Respondent

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.

ANTHONY THOMAS GREEN,

     Petitioner

COMMONWEALTH OF PENNSYLVANIA,      :    No. 218 MAL 2020

     Respondent

     :    Petition for Allowance of Appeal
     :    from the Order of the Superior Court

     v.

ANTHONY THOMAS GREEN,

     Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.